USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/25/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN COKE NG,<br><br>      Plaintiff,<br><br>  -against-<br><br>SEDGWICK CLAIMS MANAGEMENT SERVICES, INC. and SANDRA BRACH,<br><br>      Defendants. | 1:23-cv-2145-MKV<br><br>ORDER |

MARY KAY VYSKOCIL, United States District Judge:

  A Conference has been scheduled in the related case *Ng v. Kmart Pharmacy, et al.*, No. 18-cv-9373, for May 3, 2023 at 11:30 AM in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.  The Court will treat this case and the related case in tandem for purposes of that Conference.

  The Clerk of Court is respectfully directed to mail a copy of this Order to the Plaintiff.

**SO ORDERED.**

**Date: April 25, 2023**
    **New York, NY**

                 _/s/ Mary Kay Vyskocil_
                 **MARY KAY VYSKOCIL**
                 **United States District Judge**