```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/17/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN COKE NG,

               Plaintiff,

-against-

SEDGWICK CLAIMS MANAGEMENT SERVICES, INC. and SANDRA BRACH,

               Defendants.

1:23-cv-2145-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      On May 17, 2023, the Court held a Conference in this matter (the "Second Action") and in the related case *Ng v. Kmart Pharmacy, et al.*, No. 18-cv-9372 (the "First Action"). At that Conference, the Parties agreed to voluntarily dismiss the First Action and to submit a stipulation to that effect by the end of this week. Accordingly, the Court stated that the Plaintiff's motion to consolidate the related cases [ECF No. 13] was denied as moot. With respect to the Second Action, the Court raised concerns with respect to the existence of diversity jurisdiction, given that the citizenship for Defendant Sandra Brach had not been alleged in the complaint. The Court directed the parties to advise the Court of the citizenship of Defendant Brach within two weeks. The Court also denied Plaintiff's motion for sanctions. [ECF Nos. 11-12].

      The Clerk of Court is respectfully directed to close the motion pending at ECF No. 13 and to mail a copy of this Order to the Plaintiff.

**SO ORDERED.**

**Date: May 17, 2023**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**