```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/2/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN COKE NG, <br><br> Plaintiff, <br><br> -against- <br><br> SEDGWICK CLAIMS MANAGEMENT SERVICES, INC. and SANDRA BRACH, <br><br> Defendants. | 1:23-cv-2145-MKV <br><br> ORDER |

MARY KAY VYSKOCIL, United States District Judge:

On May 17, 2023, the Court held a Conference in this matter in which it raised concerns on the issue of diversity jurisdiction, given that the citizenship for Defendant Sandra Brach had not been alleged in the complaint. The Court directed the parties to advise the Court of the citizenship of Defendant Brach within two weeks. [ECF No. 15]. The *pro se* Plaintiff filed a timely letter with the Court which informed the Court that Defendant Brach was a citizen of either Indiana or Illinois. [ECF No. 16]. Counsel for Defendant Brach did not submit a timely update or otherwise weigh in on the matter. Accordingly, defense counsel is hereby ordered to advise the Court of the citizenship of Defendant Brach by June 7, 2023. Counsel is on notice that failure to comply with Court orders may result in sanctions, including monetary sanctions.

The Clerk of Court is respectfully directed to mail a copy of this Order to the Plaintiff.

**SO ORDERED.**

**Date: June 2, 2023**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**