

# SOBEL PEVZNER, LLC

NEW YORK ♦ NEW JERSEY ♦ PENNSYLVANIA

**AARON C. GROSS, ESQ.**
464 New York Avenue, Ste 100
Huntington, NY 11743
Tel (631) 549-4677
Fax (631) 549-0826
agross@sobelpevzner.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/5/2023
```

*New York City Office*
30 Vesey Street, 8th Floor
New York, New York 10007
Tel (212) 216-0020
Fax (646) 688-3646

June 2, 2023

**VIA ECF**
Hon. Mary Kay Vyskocil
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Brian Coke NG v.* Sedgwick Claims Management Services, Inc. And Sandra Brach
              Case No: 1:23-cv-02145UA
              Our File No.: 13924-S

Dear Judge Vyskocil:

      In response to the Court's Order of June 2, 2023, please be advised that following the parties appearance in front of your Honor on May 17, 2023, and pursuant to your Honor's directive at that time, I spoke with my client and was advised that Sandra Brach was still employed by Sedgwick Claims Management and residence with regard to diversity of citizenship. I was informed that Ms. Brach is in fact still employed by Sedgwick and that Ms. Brach currently resides in Illinois. As such diversity of citizenship exits in this case.

      Upon receipt of that information, I informed plaintiff regarding same on May 22, 2023 via email, pursuant to your directive at the May 17, 2023 Court conference. Additionally, I prepared a proposed Civil Case Management Plan and Scheduling Order with proposed dates for plaintiff's review and consent prior to filing. That proposed order was forwarded to plaintiff on May 24, 2023 but still to this date I have not received plaintiff's consent to file same with the Court or a counter proposal to the dates for discovery deadlines noted therein, despite numerous emails correspondences exchanged between plaintiff and myself, in repeated back and forth communications.

      As such, the defendants are requesting an extension of time, until June 16th, 2023, by which to submit the proposed Civil Case Management Plan and Scheduling Order to the Court. The additional time requested is to allow plaintiff to review same and consent to the dates therein or to propose additional dates for consideration by defense counsel.

Sobel Pevzner, LLC

P a g e | 2

    Please note that this request for an extension is not on consent, and solely being filed as I have not received a response from plaintiff with regard to either the proposed Civil Case Management Plan and Scheduling Order or the filing of this request to the Court for an extension of time to complete same.

    Should the Court require any further information, please don't hesitate to contact me.

Very truly yours,

SOBEL PEVZNER, LLC

*Aaron C. Gross*

AARON C. GROSS

Cc:
Brian Coke Ng: briancng38@gmail.com

---

GRANTED.  The Clerk of Court is respectfully directed to mail a copy of this Order to the Plaintiff.  SO ORDERED.

Date: 6/5/2023
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge