```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/17/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN COKE NG,

        Plaintiff,

-against-

SEDGWICK CLAIMS MANAGEMENT INC., et al.,

        Defendants.

23-CV-2145 (MKV) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed plaintiff's letter-motion (Dkt. 51) dated April 11, 2024, in which plaintiff asks the Court to direct defendant Sedgwick Claims Management Services, Inc. (Sedgwick) to file an updated statement in compliance with Fed. R. Civ. P. 7.1. Sedgwick's responding letter was due April 16, 2024, *see* Moses Ind. Prac. § 2(e), but no response has been filed.

    It is hereby ORDERED that, no later than **April 19, 2024**, Sedgwick shall either file an amended Rule 7.1 statement, in the form available at https://www.nysd.uscourts.gov/forms/rule-71-statement, or show cause in writing why it should not be required to do so. The Court notes that because Sedgewick is a corporation, Part II of the form does not apply. *See* 28 U.S.C. § 1332(c)(1).

    It is further ORDERED that, in light of plaintiff's difficulties with the electronic service of the "cease and desist letter" sent to him on April 2, 2024, Sedgwick shall, pending further order of the Court, use the United States mail to serve correspondence and other documents upon plaintiff at the P.O. Box listed on the docket of this action. It is plaintiff's responsibility to check that P.O. box regularly and respond in a timely manner to requests, notices, motions, or other litigation-related documents he receives by mail.

    All relief not specifically granted herein is DENIED.

Dated: New York, New York
       April 17, 2024

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**