USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/22/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN COKE NG,

               Plaintiff,

-against-

SEDGWICK CLAIMS MANAGEMENT SERVICES, INC. and SANDRA BRACH,

               Defendants.

1:23-cv-2145-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    A status conference is scheduled in this matter for May 22, 2024 at 11:00 AM in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York. The Clerk of Court is respectfully directed to mail a copy of this Order to the Plaintiff.

**SO ORDERED.**

**Date: April 22, 2024**
**New York, NY**

*[signature]*
**MARY KAY VYSKOCIL**
**United States District Judge**