USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/5/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN COKE NG,

              Plaintiff,

-against-

SEDGWICK CLAIMS MANAGEMENT
SERVICES, INC. and SANDRA BRACH,

             Defendants.

1:23-cv-2145-MKV

ORDER

BRIAN COKE NG,

             Plaintiff,

-against-

SEDGWICK CMS HOLDINGS, INC., SEDGWICK
GLOBAL INC., SEDGWICK, INC., and
SEDGWICK, L.P.,

             Defendants.

1:23-cv-10380-MKV

MARY KAY VYSKOCIL, United States District Judge:

      On May 9, 2024, the Court dismissed *without* prejudice the pending dispositive motion for Judgment on the Pleadings in Case No. 1:23-cv-2145 in order to place the two above-captioned related cases on the same briefing schedule. [ECF No. 22]. That Order directed that "any dispositive motions Defendants in **either** action wish to file must be submitted on the following schedule: Defendants motions are due on or before May 31, 2024. Plaintiff's reply to any motions shall be due on or before June 21, 2024. Replies are due June 28, 2024." [ECF No. 22].

      In accordance with the Court's order, all Defendants in both actions (Case No. 1:23-cv-2145 and Case No. 1:23-cv-10380) filed renewed dispositive motions, which remain pending. *See* [Case No. 1:23-cv-2145 at ECF No. 61; Case No. 1:23-cv-10380 at ECF Nos. 23 and 26].

Accordingly, the motions to dismiss filed by Defendants in action Case No. 1:23-cv-10380 *prior to* the Court's May 9 Order at ECF No. 8, 9, 10, and 11 are dismissed *without* prejudice as moot.

IT IS HEREBY FURTHER ORDERED that **on or before August 9, 2024**, defense counsel in Case No. 1:23-cv-10380 shall file on the docket a letter advising the Court whether the *two* separate pending motions to dismiss at ECF Nos. 23–25 and ECF Nos. 26–28 are duplicative of one another, and if so, which motion the Court should consider.

The Clerk of Court is respectfully directed to mail a copy of this Order to the Plaintiff. The Clerk of Court is also respectfully requested to terminate docket entry numbers ECF No. 8, 9, 10, and 11 in Case No. 1:23-cv-10380.

**SO ORDERED.**

Date: August 5, 2024
New York, NY

*[signature: Mary Kay Vyskocil]*

**MARY KAY VYSKOCIL**
**United States District Judge**