## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

BRIAN COKE NG,

                      Plaintiff,                          23 **CIVIL** 2145 (MKV)

      -against-                               **<u>JUDGMENT</u>**

SEDGWICK CLAIMS MANAGEMENT
SERVICES, INC., and SANDRA BRACH

                    Defendants.

-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion & Order dated February 21, 2025, Defendants' motion seeking to dismiss the Complaint pursuant to Rule 12(c) of the Federal Rules of Civil Procedure is GRANTED. Because Plaintiff has now filed three separate lawsuits predicated on the same underlying factual allegations, Plaintiff's Complaint is dismissed with prejudice; accordingly, this case is closed.

**Dated:** New York, New York
           February 21, 2025

                                                      **TAMMI M. HELLWIG**
                                                        **Clerk of Court**

                          **BY:**
                                                       **Deputy Clerk**